UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans Inc.

**Order Filed on November 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sharif H. Person,

Debtor.

Case No.:  18-24707 VFP
Adv. No.:
Hearing Date:  9/20/18 @ 10:00 a.m.

Judge:  Vincent F. Papalia

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: November 1, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

| Debtors: | Sharif H. Person |
| Case No.: | 18-24707 VFP |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Quicken Loans Inc., holder of a mortgage on real property located at 38 Division Avenue, Belleville, NJ, 07109, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Carlos D. Martinez, Esquire, attorney for Debtor, Sharif H. Person, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 6) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-24707-VFP
Sharif H Person                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin            Page 1 of 1          Date Rcvd: Nov 01, 2018
                             Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db            +Sharif H Person,   38 Division Ave.,   Belleville, NJ 07109-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
          Carlos D Martinez    on behalf of Debtor Sharif H Person cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposit
           o@scuramealey.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 6