| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  18-24707 |
| IN RE:<br>    SHARIF H PERSON | Hearing Date:  01/03/2019 |
| | Judge:  VINCENT F. PAPALIA |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 4, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): SHARIF H PERSON

Case No.: 18-24707VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/03/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/3/2019 of the plan filed on 12/12/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/10/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Sharif H Person  
    Debtor

Case No. 18-24707-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 04, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.  
db          +Sharif H Person,    38 Division Ave.,    Belleville, NJ 07109-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:  
       Carlos D Martinez    on behalf of Debtor Sharif H Person cmartinez@scura.com,  
        ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com  
       Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)  
        eamonn.ohagan@usdoj.gov  
       Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association  
        kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                       TOTAL: 7