UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840

IN RE:
  SHARIF H PERSON

Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24707 VFP

Hearing Date: 2/21/2019

Judge: VINCENT F. PAPALIA

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: February 27, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 18-24707 VFP

Caption of Order:    ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 1/9/2019, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $2,717.00 paid into date over 7 month(s), and then

    the sum of $1,197.00 for a period of 53 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that if the Court's Docket does not reflect that a Pre-Confirmation Certification of Compliance has been filed by the Debtor(s) by 3/7/2019, the instant case will be dismissed without further notice or hearing to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-24707-VFP
Sharif H Person                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1               Date Rcvd: Feb 27, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.
db             +Sharif H Person,    38 Division Ave.,    Belleville, NJ 07109-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2019 at the address(es) listed below:
      Carlos D Martinez    on behalf of Debtor Sharif H Person cmartinez@scura.com,
       ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com
      Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
       eamonn.ohagan@usdoj.gov
      Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Phillip Andrew Raymond    on behalf of Creditor   U.S. Bank National Association
       phillip.raymond@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8