Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



Order Filed on March 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sharif H Person, | Case No. 18-24707-VFP |
| | Hearing Date: March 7, 2019 at 10:00am |
| Debtor. | Judge: Vincent F. Papalia |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: March 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Sharif H Person |
| Case No.: | 18-24707-VFP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of U.S. Bank National Association ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(2) with respect to the collateral known as 2013 Mercedes Benz E Class VIN: WDDHF8JB3DA761580 (the "Collateral"). Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral;

2. In the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect;

3. In the event of the sale of the property, Movant shall account to the Trustee of any surplus monies that may exist after the sale; and

4. Rule 4001(a)(3) is not applicable and Movant, its successors and/or assigns, and they may immediately enforce and implement this Order granting relief from the automatic stay.