Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24707−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharif H Person
   38 Division Ave.
   Belleville, NJ 07109−8000

Social Security No.:
   xxx−xx−8751

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       11/21/19
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, Debtor's Attorney,

COMMISSION OR FEES
$6,844.00

EXPENSES
$358.82

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 4, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-24707-VFP
Sharif H Person                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Nov 04, 2019
                            Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.

```
db              +Sharif H Person,    38 Division Ave.,    Belleville, NJ 07109-2646
517659634       +First Credit Services,    377 Hoes Lane,    Suite 200,    Piscataway, NJ 08854-4155
517659636       +Island Federal Credit,    120 Motor Pkwy,    Hauppauge, NY 11788-5160
517758584       +Island Federal Credit Union,    Attn: Pugatch & Nikolis,    220 Mineola Blvd.,   Ste. 4,
                  Mineola, NY 11501-2533
517659641       +New York State Dept. of Tax & Finance,    Bankruptcy Section,    PO Box 5300,
                  Albany, NY 12205-0300
517659643       +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517659644       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517659640      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  New Jersey Division of Taxation,
                  Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                  Trenton, NJ 08695)
517792049      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 5229,    Cincinnati, Ohio 45201-5229)
517659646       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:04     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:26:00     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               E-mail/Text: cio.bncmail@irs.gov Nov 05 2019 00:25:26
                  United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                  970 Broad Street,   Suite 700,    Newark, NJ 07102-2535
517763670       +E-mail/Text: g20956@att.com Nov 05 2019 00:26:31     AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
517659631       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:33:30     Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517725252        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:34:05
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517788623        E-mail/Text: bnc-quantum@quantum3group.com Nov 05 2019 00:25:54
                  Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
517676120        E-mail/Text: mrdiscen@discover.com Nov 05 2019 00:25:02     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517659632       +E-mail/Text: mrdiscen@discover.com Nov 05 2019 00:25:02     Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
517659633       +E-mail/Text: bankruptcynotices@dcicollect.com Nov 05 2019 00:26:31
                  Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                  Jacksonville, FL 32255-1268
517749637        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 00:26:17     Jefferson Capital Systems LLC,
                  Po Box 7999,   Saint Cloud Mn 56302-9617
517659637        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 00:26:17     Jefferson Capital Systems, LLC,
                  Po Box 1999,   Saint Cloud, MN 56302
517779591        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2019 00:33:41
                  LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                  LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517756712        E-mail/Text: bankruptcynotice@nymcu.org Nov 05 2019 00:26:25     MUNICIPAL CREDIT UNION,
                  22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3145
517659638       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2019 00:25:59     Midland Funding,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517701682       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2019 00:25:59     Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
517659639        E-mail/Text: bankruptcynotice@nymcu.org Nov 05 2019 00:26:25     Municipal Credit Union,
                  Po Box 3205,   Church Street Station,    New York City, NY 10007
517774014        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 00:34:53
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,   Norfolk VA 23541
517659642       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 00:33:33
                  Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517705605       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 05 2019 00:26:24     Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
517662114       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 00:33:23     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517772888       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2019 00:34:24     Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 22
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                                  Form ID: 137             Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517659635*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517659645*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank,    Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201)
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Carlos D Martinez    on behalf of Debtor Sharif H Person cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
               m
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```