**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   SHARIF H PERSON



Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-24707 VFP**

**Hearing Date:  11/7/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 12, 2019**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  SHARIF H PERSON

Case No.:  18-24707

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/07/2019 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must convert Chapter 13 case to Chapter 7 case by 11/21/2019 or the case

  will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the

  above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

  Attorney.