UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-24707-VFP |
| SHARIF H. PERSON | Chapter: | 7 |
| | Judge: | Vincent F. Papalia |

### NOTICE OF PROPOSED ABANDONMENT

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> 50 Walnut Street
> 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on ___February 4, 2020___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Property located at 38 Division Avenue, Belleville, New Jersey
>
> Value: $255,000.00

> Liens on property:
>
> Quicken Loans Inc.
>
> $241,426.88 (Proof of Claim No. 6)

> Amount of equity claimed as exempt:
>
> $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee

Address: 396 Route 34, Matawan, New Jersey 07747

Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-24707-VFP
Sharif H Person                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2            Date Rcvd: Jan 06, 2020
                   Form ID: pdf905            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
```
db          +Sharif H Person,   38 Division Ave.,   Belleville, NJ 07109-2646
517659634   +First Credit Services,   377 Hoes Lane,   Suite 200,   Piscataway, NJ 08854-4155
517659636   +Island Federal Credit,   120 Motor Pkwy,   Hauppauge, NY 11788-5160
517758584   +Island Federal Credit Union,   Attn: Pugatch & Nikolis,   220 Mineola Blvd.,   Ste. 4,
             Mineola, NY 11501-2533
517659641   +New York State Dept. of Tax & Finance,   Bankruptcy Section,   PO Box 5300,
             Albany, NY 12205-0300
517659643   +Pressler, Felt & Washaw, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
517659644   +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433
517659640   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  New Jersey Division of Taxation,
             Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
             Trenton, NJ 08695)
517792049   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
             PO Box 5229,   Cincinnati, Ohio 45201-5229)
517659646   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 06 2020 23:24:07    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 06 2020 23:24:04    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           E-mail/Text: cio.bncmail@irs.gov Jan 06 2020 23:23:30
             United States of America (Internal Revenue Service,   U.S. Attorney's Office,
             970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
517763670   +E-mail/Text: g20956@att.com Jan 06 2020 23:24:32    AT&T Mobility II LLC,
             %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
517659631   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 06 2020 23:32:13    Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517725252    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 06 2020 23:32:13
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517788623    E-mail/Text: bnc-quantum@quantum3group.com Jan 06 2020 23:23:56
             Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA  98083-0657
517676120    E-mail/Text: mrdiscen@discover.com Jan 06 2020 23:23:18    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517659632   +E-mail/Text: mrdiscen@discover.com Jan 06 2020 23:23:18    Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
517659633   +E-mail/Text: bankruptcynotices@dcicollect.com Jan 06 2020 23:24:31
             Diversified Consultants, Inc.,   Diversified Consultants, Inc.,   Po Box 551268,
             Jacksonville, FL 32255-1268
517749637    E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 06 2020 23:24:17    Jefferson Capital Systems LLC,
             Po Box 7999,   Saint Cloud Mn 56302-9617
517659637    E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 06 2020 23:24:17    Jefferson Capital Systems, LLC,
             Po Box 1999,   Saint Cloud, MN 56302
517779591    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2020 23:33:35
             LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
             LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517756712    E-mail/Text: bankruptcynotice@nymcu.org Jan 06 2020 23:24:26    MUNICIPAL CREDIT UNION,
             22 CORTLANDT ST 24 FL,   NEW YORK, NY 10007-3145
517659638   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 06 2020 23:24:03    Midland Funding,
             2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
517701682   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 06 2020 23:24:03    Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
517659639    E-mail/Text: bankruptcynotice@nymcu.org Jan 06 2020 23:24:26    Municipal Credit Union,
             Po Box 3205,   Church Street Station,   New York City, NY 10007
517774014    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 06 2020 23:34:52
             Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
517659642   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 06 2020 23:34:52
             Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
517705605   +E-mail/Text: bankruptcyteam@quickenloans.com Jan 06 2020 23:24:25    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
517662114   +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2020 23:34:39    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517772888   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2020 23:35:32    Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                     TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 06, 2020
                              Form ID: pdf905          Total Noticed: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517659635*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517659645*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   Attn: Bankruptcy,   Po Box 5229,   Cincinnati, OH 45201)
                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2020 at the address(es) listed below:
          Carlos D Martinez    on behalf of Debtor Sharif H Person cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David  Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Phillip Andrew Raymond    on behalf of Creditor   U.S. Bank National Association
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 8
```