Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 18−24707−VFP
                                    Chapter: 7
                                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharif H Person
   38 Division Ave.
   Belleville, NJ 07109−8000

Social Security No.:
   xxx−xx−8751

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after April 20, 2020 for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 19, 2020
JAN: dlr

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sharif H Person
    Debtor

Case No. 18-24707-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 19, 2020
                        Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
db          +Sharif H Person,    38 Division Ave.,    Belleville, NJ 07109-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 23:58:38     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 23:58:36     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                           TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
              Carlos D Martinez    on behalf of Debtor Sharif H Person cmartinez@scura.com, ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 8